| | | | |
|---|---|---|---|
| | AUSA: | Timothy Garcia | Telephone: (313) 226-9522 |
| AO 91 (Rev. 11/11)  Criminal Complaint | Special Agent: | James Ratobylski | Telephone:313-226-0500 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
v.
Arnoldo Jose MARQUEZ-PULIDO

Case No.

Case: 2:26−mj−30127
Assigned To : Unassigned
Assign. Date : 3/10/2026
Description: RE: ARNOLDO JOSE
MARQUEZ−PULIDO (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ March 4, 2026 _____ in the county of _____ Macomb _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 111(a)(1) and (b) | Assaulting, Resisting, or Impeding certain officers or employees |
| Title 18, United States Code, Section 922(g)(5)(A) | Alien in Possession of a Firearm |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

James Ratobylski, Special Agent - HSI Detroit
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: _____ March 10, 2026 _____

_____
*Judge's signature*

City and state:  Detroit, MI

Hon. David R. Grand, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, James Ratobylski, a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations (HSI), being duly sworn, hereby depose and state as follows:

## INTRODUCTION

1.      I have been employed as a Special Agent (SA) with HSI since October 2025. I am currently assigned to the Detroit Field Office, Homeland Security Task Force (HSTF) Group, which is responsible for conducting Title 8 investigations and enforcing laws that are under the investigative jurisdiction of HSI in the Eastern District of Michigan.  I am a law enforcement officer of the United States within the meaning of Title 18 U.S.C. § 2510(7) and am empowered to investigate and make arrests for violations of federal criminal laws

2.      Prior to my tenure with HSI, I served as a Deputy United States Marshal in the Northern District of Indiana and the Eastern District of Michigan.  I was responsible for conducting a wide range of criminal investigations, to include federal, state, and international fugitives, non-compliant sex offenders in violation of the Adam Walsh Act, missing and endangered children, and threats against protected persons. I attended the Criminal Investigator Training Program at the Federal Law Enforcement Training Center (FLETC) where I received specialized training on subjects including federal criminal law, conducting criminal investigations, interview techniques, surveillance, undercover operations, and

evidence collection.  As an HSI Special Agent, I received additional training on immigration law conducted by FLETC.

3.      This affidavit is submitted in support of a criminal complaint and application for an arrest warrant for Arnoldo Jose MARQUEZ-PULIDO for violating Title 18 U.S.C. § 111(a)(1) and (b) by forcibly assaulting, resisting, opposing, impeding, intimidating, or interfering with a federal officer with physical contact while engaged in or on account of the performance of official duties inflicting bodily injury, and for violating Title 18 U.S.C. § 922(g)(5)(A), alien in possession of a firearm or ammunition.

4.      This affidavit is submitted for the limited purpose of establishing probable cause that MARQUEZ-PULIDO violated 18 U.S.C. § 111(a)(1) and (b) and 18 U.S.C. § 922(g)(5)(A) and therefore only contains a summary of the relevant facts. This affidavit does not set forth all information known to law enforcement regarding this case.  The statements contained in this affidavit are based on information obtained by my review of police reports, my own observations, information provided by other law enforcement officers, my experience and training, and the experience of other agents and officers.

## **PROBABLE CAUSE**

5.      On March 4, 2026, agents/officers assigned to the Homeland Security Task Force (HSTF) were conducting surveillance at Sam's Club in Utica, MI.  Task

2

force personnel were acting on information that illegal aliens were working as delivery drivers at that location.  Agents observed a car registered to Arnoldo Jose MARQUEZ-PULIDO.  A check of law enforcement databases revealed that MARQUEZ-PULIDO is a citizen of Venezuela present in the United States illegally.

6.     Agents observed MARQUEZ-PULIDO depart the area and began to follow him.  Agents followed MARQUEZ-PULIDO to the area of 18 Mile Road and Van Dyke in Sterling Heights.  MARQUEZ-PULIDO proceeded westbound on 18 Mile Road and turned into a business parking lot.  Agents activated their vehicle emergency lights and sirens and attempted a traffic stop.  MARQUEZ-PULIDO stopped briefly then fled in his car behind the business at a high rate of speed.  MARQUEZ-PULIDO exited the business onto 18 Mile Road, ignored oncoming traffic, and proceeded eastbound.  To avoid a dangerous vehicle chase, agents deactivated their emergency equipment and continued to observe MARQUEZ-PULIDO from a distance.  During his flight, MARQUEZ-PULIDO began to weave in and out of traffic.  As he approached Van Dyke, MARQUEZ-PULIDO made a right turn onto southbound Van Dyke from the far-left lane, cutting across all lanes of traffic.  Agents then lost sight of the vehicle and returned to  Sam's Club in Utica.

3

7.     As he was returning to Sam's Club, an HSTF  Special Agent saw MARQUEZ-PULIDO's vehicle.  He followed MARQUEZ-PULIDO back to the Sam's Club parking lot.  MARQUEZ-PULIDO pulled up to the southeast corner of the business, abandoned his vehicle in the travel lane, and attempted to flee on foot.  The Special Agent pursued, while identifying himself and giving commands to stop, as MARQUEZ-PULIDO attempted to enter Sam's Club.  The Special Agent was able to tackle MARQUEZ-PULIDO outside the business and attempted to place him under arrest.

8.     MARQUEZ-PULIDO refused to comply with commands and began to fight with the Special Agent.  During the struggle, MARQUEZ-PULIDO struck the Special Agent on his left cheek with his elbow



*Screenshots of Video Showing MARQUEZ-PULIDO striking the Special Agent's cheek with his elbow*

9.      MARQUEZ-PULIDO then reached for the Special Agent's service firearm, a Glock Model 19 pistol, which was in a holster on the Special Agent's duty belt. MARQUEZ-PULIDO possessed  the holstered firearm in his hand and pulled it toward himself.  MARQUEZ-PULIDO engaged the holster release lever, removing the firearm from the holster.  He lost control of the firearm as the Special Agent flipped him over, and the firearm fell to the ground beside them.



*Screenshot of MARQUEZ-PULIDO reaching for and grasping the Special Agent's firearm*



*Screenshot of MARQUEZ-PULIDO pulling the Special Agent's firearm from its holster*



*Screenshots of Video Showing MARQUEZ-PULIDO losing control of the firearm*

6

10. Additional Task Force officers and agents arrived on scene to assist. An officer recovered and secured the firearm from the ground. MARQUEZ-PULIDO continued to forcibly resist and had to be restrained.

11. During the commission of this offense, MARQUEZ-PULIDO inflicted bodily injury on the Special Agent. The Special Agent suffered a contusion to his elbow, abrasions on his knees and hands, and a contusion to his right cheek. Another agent suffered a contusion to his knee. Both agents were treated at the hospital and released.

12. I reviewed documents from the Alien Registration file (AXXX XXX 928) and conducted immigration database queries. That review revealed that MARQUEZ-PULIDO applied for admission to the United States at the San Ysidro Port of Entry in California on April 23, 2024. On that date, MARQUEZ-PULIDO admitted to being a citizen and national of Venezuela with no visa or other travel document which would allow him to enter the United States legally. On that date, MARQUEZ-PULIDO was paroled into the United States until April 18, 2025, and given a notice to appear for removal proceedings before an Immigration Judge. MARQUEZ-PULIDO personally signed the Notice to Appear acknowledging receipt.

13. On December 16, 2024, MARQUEZ-PULIDO appeared before an Immigration Judge, who explained that he was in removal proceedings because the

7

United States government alleged that MARQUEZ-PULIDO had no legal right to be in the United States.  MARQUEZ-PULIDO requested time to consult with an attorney. He remains in removal proceedings at this time.  There is no evidence that MARQUEZ-PULIDO has received any form of lawful status in the United States.

14.     A Special Agent from the Bureau of Alcohol, Tobacco, Firearms, and Explosives confirmed, based upon the description and manufacturing stampings, that the Glock Model 19 pistol possessed by MARQUEZ-PULIDO on March 4, 2026, was manufactured in Austria and therefore traveled in or affected interstate commerce before it was possessed by MARQUEZ PULIDO on March 4, 2026.

## **CONCLUSION**

15.     Based on the above facts, there is probable cause to believe that on March 4, 2026, in the Eastern District of Michigan, Arnoldo Jose MARQUEZ-PULIDO violated 18 U.S.C. § 111(a)(1) and (b) by forcibly assaulting, resisting, opposing, impeding, intimidating, or interfering with a federal officer with physical contact while engaged in or on account of the performance of official duties, inflicting bodily injury, and 18 U.S.C. § 922(g)(5(A, alien in possession of firearm or ammunition.

_____
James Ratobylski
Special Agent
Homeland Security Investigations

8

Sworn to before me and signed in my  presence and/or by
reliable electronic means.

Honorable David R. Grand

UNITED STATES MAGISTRATE JUDGE

Date: _____March 10, 2026_____