

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

v.

Arnoldo Jose MARQUEZ-PULIDO,

Defendant.

_____/

Case: 2:26-cr-20141
Assigned To : Berg, Terrence G.
Referral Judge: Stafford, Elizabeth A.
Assign. Date : 3/17/2026
Description: IND USA V MARQUEZ-PULIDO (lh)

Violation:
18 U.S.C. § 111(a)(1) and (b)
18 U.S.C. § 922(g)(5)(A)

## <u>INDICTMENT</u>

The Grand Jury charges:

## <u>COUNT ONE</u>
18 U.S.C. § 111(a)(1) and (b)
*Assault, Resisting, or Impeding a Federal Officer*

On or about March 4, 2026, in the Eastern District of Michigan, Southern Division, the defendant, Arnoldo Jose MARQUEZ-PULIDO, did forcibly assault, resist, oppose, impede, intimidate, and interfere with a person designated in 18 U.S.C. § 1114, to wit: Special Agent R.T. of the Bureau of Alcohol, Tobacco, Firearms and Explosives, who was engaged in or on account of the performance of his or her official duties, and caused physical contact and inflicted bodily injury, in violation of Title 18, United States Code, Section 111(a)(1) and (b).

1

## COUNT TWO
### 18 U.S.C. § 922(g)(5)(A)
*Alien in Possession of a Firearm*

On or about March 4, 2026, in the Eastern District of Michigan, Southern Division, the defendant, Arnoldo Jose MARQUEZ-PULIDO, knowing that he was an alien illegally and unlawfully in the United States, knowingly possessed, in and affecting interstate commerce, a firearm, that is, one Glock Model 19, semi-automatic pistol, in violation of Title 18, United States Code, Section 922(g)(5)(A).

## FORFEITURE ALLEGATION

### (18 U.S.C. § 924(d) and 28 U.S.C. § 2461)

1.      The allegations contained in this Indictment are hereby incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d) together with Title 28, United States Code, Section 2461.

2.      Upon conviction of violating Title 18, United States Code, Section 922(g), as charged in this Indictment, defendant shall forfeit to the United States any firearm and ammunition involved in or used in his knowing violation of Section 922(g), pursuant to Title 18, United States Code, Section 924(d) together with Title 28, United States Code, Section 2461.

2

THIS IS A TRUE BILL.

*s/ Grand Jury Foreperson*
Grand Jury Foreperson

JEROME F. GORGON JR.
United States Attorney

*s/ Douglas C. Salzenstein*
DOUGLAS C. SALZENSTEIN
Chief, Homeland Security Unit
Assistant United States Attorney

*s/Timothy E. Garcia*
TIMOTHY E. GARCIA
Assistant United States Attorney

Dated: March 17, 2026

**ORIGINAL**

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number |
|---|---|---|

Case: 2:26-cr-20141
Assigned To : Berg, Terrence G.
Referral Judge: Stafford, Elizabeth A.
Assign. Date : 3/17/2026
Description: IND USA V MARQUEZ-PULIDO (lh)

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to

**Companion Case Information**

| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | **Judge Assigned:** |
|---|---|
| ☐ Yes    ☒ No | AUSA's Initials: _T F C._ |

**Case Title:** USA v.  Arnoldo Jose MARQUEZ-PULIDO

**County where offense occurred :**  Macomb

**Check One:**      ☒ Felony            ☐ Misdemeanor            ☐ Petty

_____ Indictment/_____ Information --- **no** prior complaint.
_✓_ Indictment/_____ Information --- based upon prior complaint [Case number: 26-mj-30127          ]
_____ Indictment/_____ Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____          **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

March 17, 2026
Date

Timothy E. Garcia
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: (313) 226-9522
Fax:
E-Mail address: Timothy.Garcia@usdoj.gov
Attorney Bar #:  P85912

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.